## No. 1,821.—IN RE APPLICATION OF T. J. WALSH, ON BEHALF OF JOHN F. FORBIS AND L. ORVIS EVANS, FOR A WRIT OF HABEAS CORPUS, AND IN AID THEREOF A WRIT OF CERTIORARI.

*Habeas corpus—Certiorari.*

Decided April 29, 1902.

PER CURIAM.—Upon examination of the judgment of the district court whereby the petitioners were found guilty of contempt, and in pursuance of which they were committed to the custody of the sheriff of Silver Bow county, the court finds that the same is void, in that the said judgment, being as for a contempt in the presence of the court, does not recite any fact showing that a contempt had been committed: It is therefore ordered that the judgment be annulled; that the petitioners be discharged from custody, and that their bail be exonerated.

*Mr. T. J. Walsh,* for Petitioners.

*Mr. John Lindsay,* for Respondent.

---

## No. 1,638.—BURKE, APPELLANT, *v.* HAMILTON ET AL., RESPONDENTS.

*Appeal from District Court, Fergus County.*

On motion to dismiss appeal.

Decided May 14, 1902.

PER CURIAM.—The motion to dismiss this appeal is hereby sustained and the appeal is dismissed.

*Messrs. Cort & Worden,* for Appellant.

*Mr. F. E. Smith,* for Respondents.